# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| LESLIE DANIELS, and JANEKIA BARNES, individually and on behalf of all similarly situated persons,<br><br>  Plaintiffs,<br><br>v.<br><br>ATLANTA INDEPENDENT SCHOOL SYSTEM, a/k/a ATLANTA PUBLIC SCHOOLS,<br><br>  Defendants. | CIVIL ACTION<br>FILE NO. 1:14-cv-02781-AT |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(ii), the parties jointly dismiss the above-styled action. Each party will bear its own attorneys' fees and litigation costs.

{Signatures on Following Page}

- 2 -

Respectfully submitted,

For Plaintiffs:

/s/ *Steven E. Wolfe*
Steven E. Wolfe
Georgia Bar No. 142441
sewolfe@buckleylawatl.com
Paulding Chichester IV
Georgia Bar No. 189958
pchichester@buckleylawatl.com
The Buckley Law Firm, LLC
Promenade, Suite 900
1230 Peachtree Street NE
Atlanta, GA  30309
Telephone: (404) 781-1100
Facsimile:  (404) 781-1101

For Defendant:

/s/ *Sherry H. Culves*
Sherry H. Culves, Esq.
Georgia Bar No. 319306
Anita K. Balasubramanian
Georgia Bar No. 372029
Nelson Mullins Riley & Scarborough LLP
Atlantic Station / 201 17th Street, NW / Suite 1700
Atlanta, GA 30363
(404) 322-6000 (phone)
(404) 322-6050 (facsimile)

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **JOINT STIPULATION OF DISMISSAL** was filed with the Clerk of Court by using the CM/ECF system, which will automatically send documentation of such filing to the following attorneys of record: Sherry H. Culves and Anita K. Balasubramanian

This 4th day of December, 2014.

/s/ *Steven E. Wolfe*
Steven E. Wolfe
Georgia Bar No. 142441
